In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00026-CV
_____

**ROSEMARIE JOYAL, Appellant**

**V.**

**ISAAC SHAREEF, Appellee**

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 14-12-13747-CV

**MEMORANDUM OPINION**

The trial court signed a final decree of divorce on December 15, 2015. Rosemarie Joyal filed a notice of appeal. The brief of the appellant was due to be filed on or before July 20, 2016, but Joyal did not file a brief. On July 21, 2016, we notified the parties that the brief had not been filed and warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On August 12, 2016, we notified the parties that the appeal would be

1

submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 2, 2016
Opinion Delivered September 22, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.